CHRISTOPHER J. HICKS
Washoe County District Attorney
MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV  89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

PATRICK IRWIN, LISA DALMAN and
CHARLES J. STAFFORD,

    Plaintiff,

vs.

WASHOE COUNTY, NEVADA,

    Defendants.

Case No.  3:18-CV-00229-RCJ-WGC

**ORDER OF DISMISSAL**

    Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

    DATED this 22 day of April, 2019.

    IT IS SO ORDERED.

_____
U.S. DISTRICT COURT